# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br>  SCOTT A. ROBERTS<br><br>  Debtor(s) | Case No. 21-40466-TNAP<br><br>Judge TIIARA N. A. PATTON<br><br>Chapter 7 |

## REQUEST FOR NOTICE TO CREDITORS

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

 /s/Andrew W. Suhar
Andrew W. Suhar, ESQ., Reg. No.0058419
Chapter 7 Trustee
29 East Front Street, 2nd Floor
Youngstown, OH  44501
Telephone: (330) 744-9007
Facsimile:  (330) 744-5857
E-mail: asuhar@suharlaw.com