United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 21-40466-tnap
Scott A. Roberts     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-4     User: admin     Page 1 of 3
Date Rcvd: Jul 01, 2021     Form ID: 177a     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Roberts, 714 Sunset Drive, Lisbon, OH 44432-1044 |
| 26909523 | + | ARS National Services/Credit Card, P.O. Box 469100, Escondido, CA 92046-9100 |
| 26909517 | + | Alden Chevlen, Esquire, 5202 Nashua Drive, Youngstown, OH 44515-5122 |
| 26909520 | + | Alteon Health, P.O. Box 8828, Coral Springs, FL 33075-8828 |
| 26909521 | + | Anthony Barone, Esquire, 1100 Superior Ave., 19th Floor, Cleveland, OH 44114-2521 |
| 26909522 | + | Armstrong Cable, 437 North Main Street, Butler, PA 16001-4358 |
| 26909524 | + | Bank of America, National Enterprise Systems, 2479 Edison Blvd, Twinsburg, OH 44087-2475 |
| 26909526 | + | Capital One/Walmart, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 26909531 | | Credit One Bank, Midland Credit Mgt., 350 Camino Del Rio, Suite 100, San Diego, CA 92108 |
| 26909533 | + | Equity Management I, LLC, 5925 Belmont Avenue, Youngstown, OH 44505-1033 |
| 26909534 | | Home Depot Credit Services, P.O. Box 90001010, Louisville, KY 40290-1010 |
| 26909536 | | Indigo MC/Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 26909538 | + | Mariner Finance, 145 S. Lundy Avenue, Salem, OH 44460-3020 |
| 26909539 | + | Mercy Health, P.O. Box 740405, Cincinnati, OH 45274-0405 |
| 26909541 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, original: Bank of America), Twinsburg, OH 44087-2476 |
| 26909542 | + | Penn Credit Corp., on behalf of Dominion Energy Ohio), 2800 Commerce Park, P.O. Box 69703, Harrisburg, PA 17106-9703 |
| 26909543 | + | Reflex Mastercard, P.O. Box 3220, Buffalo, NY 14240-3220 |
| 26909545 | ++ | SCH PROFESSIONAL CORPORATION, 2525 SOUTHEAST BLVD, SALEM OH 44460-3464 address filed with court:, Salem Regional Medical Center, 1995 East State Street, Salem, OH 44460 |
| 26909550 | | SPS, P.O. BOX 65450, Salt Lake City, UT 84165-0450 |
| 26909544 | + | Salem Regional Medical Center, P.O. Box 772182, Detroit, MI 48277-2182 |
| 26909546 | | Shellpoint Mortgage, P.O. Box 740039, Cincinnati, OH 45274-0039 |
| 26909548 | + | Southwoods Health, P.O. BOX 933364, Cleveland, OH 44193-0038 |
| 26909551 | | Stephanie Hill, 1775 Meadowview Drive, Lisbon, OH 44432 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 01 2021 20:47:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | | EDI: ATLASACQU | Jul 02 2021 00:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane Suite 442, Teaneck, NJ 07666 |
| 26939448 | | EDI: ATLASACQU | Jul 02 2021 00:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 26909518 | | EDI: GMACFS.COM | Jul 02 2021 00:38:00 | Ally, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 26909519 | + | EDI: GMACFS.COM | Jul 02 2021 00:38:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 26909525 | | EDI: TSYS2.COM | Jul 02 2021 00:38:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 26909528 | + | EDI: CITICORP.COM | Jul 02 2021 00:38:00 | Citicards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 26909529 | + | EDI: WFNNB.COM | Jul 02 2021 00:38:00 | Comenity, P.O. Box 659622, collection for Dental First Fin.), San Antonio, TX 78265-9622 |
| 26909530 | + | EDI: CONVERGENT.COM | Jul 02 2021 00:38:00 | Convergent, 800 SW 39th Street, Suite 100, P.O. Box 9004, Renton, WA 98057-9004 |
| 26909532 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 01 2021 20:53:46 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 26909535 | + | Email/Text: bankruptcy@huntington.com | Jul 01 2021 20:47:00 | Huntington Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 26909537 | + | EDI: WFNNB.COM | Jul 02 2021 00:38:00 | Kay Jewelers, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 26909540 | + | EDI: MID8.COM | Jul 02 2021 00:38:00 | Midland CC Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 26910070 | + | EDI: RECOVERYCORP.COM | Jul 02 2021 00:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26909549 | | EDI: AISSPRINT | Jul 02 2021 00:38:00 | Sprint Corporation, 6200 Sprint Parkway, Overland Park, KS 66251 |
| 26909547 | + | EDI: RMSC.COM | Jul 02 2021 00:38:00 | Snychrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 26909552 | + | EDI: VERIZONCOMB.COM | Jul 02 2021 00:38:00 | Verizon Wireless, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26909527 | ##+ | Check Into Cash, 435 Boardman-Canfield Road, Youngstown, OH 44512-4704 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W. Suhar | on behalf of Trustee Andrew W. Suhar asuhar@suharlaw.com<br>oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Andrew W. Suhar | asuhar@suharlaw.com<br>oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Patricia A. Morris | on behalf of Debtor Scott A. Roberts patricia@patriciamorrislaw.com apr69334@notify.bestcase.com |
| Stephen R. Franks | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |

TOTAL: 4

Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 21−40466−tnap**

**In re: (Name of Debtor)**
Scott A. Roberts
714 Sunset Drive
Lisbon, OH 44432

**Social Security No.:**
xxx−xx−4047

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

Last date to file claims: **October 8, 2021**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** July 1, 2021
Form ohnb177

For the Court
Josiah C. Sell, Clerk